UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT )<br>)<br>OF )<br>)<br>)<br>)<br>CHRISTOPHER CARTER, owner of the )<br>Vessel 1999 Regal 240 Destiny )<br>(Hull Identification No. RGMPB342H899 )<br>for Exoneration from or Limitation of )<br>Liability | CIVIL ACTION NO. 07-00896 -CG-C |

**ORDER**

This matter is before the court on Christopher Carter's motion to amend his third-party complaint (Doc. 29).  Carter moves the court for leave to amend his third-party complaint to correct the name/identity of the third-party defendant.  Upon consideration, the motion to amend (Doc. 29) is **GRANTED**.  Since the third-party defendant was apparently incorrectly named,[1] Third-party plaintiff, Christopher Carter, is **ORDERED** to serve a summons and the amended third-party complaint on the correct party defendant.

Because the original third-party complaint named the wrong party as the defendant, the motion of Christopher Carter for entry of default (Doc. 25) is **DENIED**.

**DONE** and **ORDERED** this 29th day of April, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The court notes that in addition to the motion to amend to correct the third-party defendant's name, a "Russell Wayne Mosley" filed an answer to the third-party complaint stating that he was incorrectly named (Doc. 26) and mail to "Walter Mosley" has been returned to the court as undeliverable (Doc. 31).