## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF THE** | ) | |
| **COMPLAINT** | ) | |
| | ) | |
| **OF** | ) | **CIVIL ACTION NO. 07-0896-CG-C** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **CHRISTOPHER CARTER, owner of the** | ) | |
| **Vessel 1999 Regal 240 Destiny** | ) | **IN ADMIRALTY** |
| **(Hull Identification No. RGMPB342H899)** | ) | |
| **for Exoneration from or Limitation of** | ) | |
| **Liability,** | ) | |
| | ) | |

### ORDER

There having been no objection filed to plaintiff's motion to dismiss third-party complaint without prejudice (Doc. 34), the motion is hereby **GRANTED**.  Therefore, the plaintiff's third-party claims against third-party defendant, Walter Mosley, are hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)(2) of the F.R.Cv.P.  Each party shall bear his or its own costs.

**DONE and ORDERED** this 1st day of July, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE